| | |
|---|---|
| 1 | Peter J. Van Zandt, (State Bar No 152321) |
| 2 | Claudia Williams, (State Bar No 264969)<br>LECLAIRRYAN, LLP |
| 3 | 44 MONTGOMERY STREET, 18TH FLOOR<br>SAN FRANCISCO, CALIFORNIA  94104-4705 |
| 4 | TELEPHONE:  (415) 391-7111<br>TELEFAX:  (415) 391-8766 |
| 5 | |
| 6 | Attorneys for Defendants<br>CITIMORTGAGE, INC. and MORTGAGE ELECTRONIC |
| 7 | REGISTRATION SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANGITA R. PATEL and RAJENDRA G. PATEL,<br><br>                    Plaintiffs,<br><br>         v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.; NORTHWEST TRUSTEE SERVICES, INC.; U.S. BANK, N.A., AS TRUSTEE FOR THE CITIGROUP MORTGAGE LOAN TRUST, INC. SERIES 2005-8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-8; DOES 1-100, INCLUSIVE,<br><br>                    Defendants. | Case No.: 4:13-cv-001874 - KAW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS CITIMORTGAGE, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:       October 22, 2013<br>Time:       1:30 p.m.<br>Courtroom: 4, 3rd Floor |

WHEREAS, Peter J. Van Zandt and Claudia Williams, counsel for defendants CitiMortgage, Inc. ("CMI") and Mortgage Electronic Registration Systems, Inc. ("MERS"), request to appear telephonically at the Case Management Conference set for October 22, 2013 at 1:30 p.m. in Courtroom 4 of the above-entitled Court.

WHEREAS, the grounds for this request are:

1. CMI and MERS's counsel, Peter J. Van Zandt, is currently set to be in deposition on October 22, 2013 in Santa Rosa, California in an unrelated matter;

2. CMI and MERS's counsel, Claudia Williams, is currently set to attend an expert testing event on October 22, 2013 in San Mateo, California in an unrelated matter;

3. CMI and MERS's counsel does not believe this request will prejudice any of the parties;

4. CMI and MERS's counsel agrees to make all necessary arrangements with Courtcall for the appearance.

**IT IS HEREBY ORDERED** that CMI and MERS's counsel's request to appear by telephone at the October 22, 2013 Case Management Conference is **GRANTED**.  CMI and MERS's counsel shall contact Courtcall at (866) 582-6878 by 3:00 p.m. on October 21, 2013 to arrange the appearance.

Dated: October 17, 2013

_____
Honorable Kandis A. Westmore
United States Magistrate Judge

1
[PROPOSED] ORDER GRANTING CMI AND MERS'S
REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE