1  Michael Yesk (SB#130056)
   70 Doray Dr., Suite 16
   Pleasant Hill, CA 94523
2  925-849-5525
   yesklaw@gmail.com
3  Attorney for Plaintiffs

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7                        SAN FRANCISCO DIVISION

8

9  SANGITA R. PATEL and RAJENDRA G.   ) Case No.: C13-01874-KAW
   PATEL,                             )
10                                    ) **ORDER GRANTING PLAINTIFFS'**
                Plaintiffs,           ) **REQUEST TO APPEAR**
11                                    ) **TELEPHONICALLY AT CASE**
        vs.                           ) **MANAGEMENT CONFERENCE**
12 MORTGAGE ELECTRONIC                )
   REGISTRATION SYSTEMS, INC.;        )
13 CITIMORTGAGE, INC.; NORTHWEST      ) Date: October 22, 2013
   TRUSTEE SERVICES, INC.; U.S. BANK, ) Time: 1:30pm
14 N.A., AS TRUSTEE FOR THE CITIGROUP ) Ctrm: 4, 3rd floor
   MORTGAGE LOAN TRUST, INC. SERIES   )
15 2005-8, MORTGAGE PASS-THROUGH      )
   CERTIFICATES, SERIES 2005-8; DOES 1-)
16 100, INCLUSIVE,                    )
                                      )
17              Defendants            )

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

1   WHEREAS Michael Yesk, counsel for Plaintiffs, hereby requests leave to appear
2 telephonically at the Case Management Conference set for October 29, 2013, at 1:30pm in
3 Courtroom 4 of the above-entitled Court.
4   WHEREAS grounds for the request are as follows:
5       1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the
6          Court; and
7       2. An appearance by telephone will save considerable legal fees and costs.
8   IT IS HEREBY ORDERED, Plaintiff's request for permission to appear by telephone is
9 GRANTED.
10   Counsel shall comply with the Court's Standing Order on Procedures for Telephonic
11 Appearances, available at http://cand.uscourts.gov/kaworders, including the requirement that
12 counsel shall contact CourtCall at (866) 582-6878 by 3:00 p.m. the day before the hearing to
13 arrange the telephonic appearance.

Dated: October 25, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge