1  Michael Yesk (SB#130056)
   70 Doray Dr., Suite 16
2  Pleasant Hill, CA 94523
   925-849-5525
3  yesklaw@gmail.com
   Attorney for Plaintiffs
4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                         SAN FRANCISCO DIVISION

8

9  SANGITA R. PATEL and RAJENDRA G.      ) Case No.: C13-01874-KAW
   PATEL,                                 )
10                                        ) **ORDER GRANTING PLAINTIFFS'**
              Plaintiffs,                 ) **REQUEST TO APPEAR**
11                                        ) **TELEPHONICALLY AT CASE**
        vs.                               ) **MANAGEMENT CONFERENCE**
12 MORTGAGE ELECTRONIC                    )
   REGISTRATION SYSTEMS, INC.;            )
13 CITIMORTGAGE, INC.; NORTHWEST          ) Date: October 22, 2013
   TRUSTEE SERVICES, INC.; U.S. BANK,     ) Time: 1:30pm
14 N.A., AS TRUSTEE FOR THE CITIGROUP     ) Ctrm: 4, 3rd floor
   MORTGAGE LOAN TRUST, INC. SERIES       )
15 2005-8, MORTGAGE PASS-THROUGH          )
   CERTIFICATES, SERIES 2005-8; DOES 1-   )
16 100, INCLUSIVE,                        )
                                          )
17            Defendants                  )

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
   //

1  WHEREAS Michael Yesk, counsel for Plaintiffs, hereby requests leave to appear
2  telephonically at the Case Management Conference set for October 29, 2013, at 1:30pm in
3  Courtroom 4 of the above-entitled Court.
4  WHEREAS grounds for the request are as follows:
5      1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the
6         Court; and
7      2. An appearance by telephone will save considerable legal fees and costs.
8  IT IS HEREBY ORDERED, Plaintiff's request for permission to appear by telephone is
9  GRANTED.
10  Counsel shall comply with the Court's Standing Order on Procedures for Telephonic
11  Appearances, available at http://cand.uscourts.gov/kaworders, including the requirement that
12  counsel shall contact CourtCall at (866) 582-6878 by 3:00 p.m. the day before the hearing to
13  arrange the telephonic appearance.

Dated:  October 25, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge