UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANGITA R. PATEL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No.: 3:13-cv-1874 KAW<br><br>ORDER DISMISSING ACTION AS AGAINST U.S. BANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m) |

On November 6, 2013, the court issued an order to show cause requiring Plaintiffs to submit a written response as to why the above-captioned case should not be dismissed as against U.S. Bank, N.A. pursuant to Federal Rule of Civil Procedure 4(m).  (Order to Show Cause, Dkt. No. 43.)  In the order to show cause, the court put Plaintiffs on notice that a written response was due by Wednesday, November 13, 2013.  (*Id.* at 3.)  As of the date of this order, Plaintiff has not filed a response.

Accordingly, the court hereby dismisses this action as against U.S. Bank, N.A. pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: December 12, 2013

                                                          KANDIS A. WESTMORE<br>                                                        United States Magistrate Judge