UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANGITA PATEL

        Plaintiff(s),                          No. 13-01874 (EDL)

    v.                                     ORDER EXCUSING ATTENDANCE
                                         AT SETTLEMENT CONFERENCE

MERS, INC., et al.

        Defendant(s).
        _____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated June 11, 2014, Defendant CitiMortgage requested that its representative, Justine Dickey, be excused from personally appearing at the settlement conference scheduled for July 10, 2014. Plaintiff does not oppose this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Ms. Dickey lives in Missouri and traveled to the Bay Area earlier this year to attend the mediation in this case. Therefore, it is hereby ORDERED that Justine Dickey be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on July 10, 2014. If the Court concludes that the absence of Ms. Dickey is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Ms. Dickey.

SO ORDERED.

Dated: June 17, 2014

                                                                      _____
                                                                      ELIZABETH D. LAPORTE
                                                                      United States Chief Magistrate Judge